IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JUAN ENRIQUE CASTRO | : | No. 13-619-5 |

### ORDER

AND NOW, this **9th** day of **September, 2014**, upon consideration of Defendant's Motion to Suppress Tangible Evidence Seized and Statements Taken, the Government's response thereto, and all supplemental briefing, and following a hearing on Defendant's Motion to Suppress conducted on July 15, 2014, it is hereby **ORDERED** that the motion (Document No. 111) is **GRANTED** in part and **DENIED** in part as follows:

1. The motion is granted as to the search of 3300 Street Road, Apartment L1, Bensalem, Pennsylvania.

2. In all other respects, the motion is denied.

BY THE COURT:

_/s/ Berle M. Schiller_
**Berle M. Schiller, J.**